FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2009 NOV 20  AM 10: 36
CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

Jeanne Chebib
POB 1730 ~~Washington~~ DC 20013
_Plaintiff_

vs.

Case Number: 5:09-CV-512-OC-32GRJ

~~POB 1730~~ Monroe
~~Washington DC 20013~~
Medical Center
1500 SW ~~1st~~ 1st Av.
Ocala _and_
Marion Citrus Health Cents Ocala
_Defendant_

COMPLAINT

I have been kidnap by force by the Ocala Police ~~Deputy~~ A. Nichols #670 and lied in his oath of office a ~~written~~ a report which is not th' truth — Secondly, the Hospital "Monroe Regional Medical Center" 1500 SW 1st St. Ave Ocala as part as the conspiracy wheel and deal with the state of Ohio who lost in federal court in a RICO complaint case involving the

the "Clentons" Hillery Clenton and my own Federal parti, and also the Bush Presidency, and ~~Housing~~ judge Pianka that sue all the residents of Hmes like mine and Land, in order to may zoom fr 3 400,000 sects stadiums wehe cleveland has only 400,000 peogle having hard time to maintain thei lives and this includs 3 named peoples from the Bush familly coming from the west (Los Vegas?) printed into local Cleveland Papers – I Beat MR Pianka and 52 Lawyers from the City in Federal court and in revange Judge Pianka had the sheriff of Ashland ohio on Rd #630 poison that when I came to my farm I evacuated Black digests Blood stuff where they ~~still~~ steal my Farm

3 stallions, My mare that won 2 Races into Belmont Races and as a TH-Breeder I Produced 3 stallions Rich Secretaria and Northern Dancer stallions that are 2,400,000$ (2 Million 400,000) racing as listed by the Jockey Club of Kentucky —

I had to call ambulance as I was so weak I put my Stallions in their Stall and then the daughter of the veterinarian I used for my Dogs came with her Middle East Husband and remove my 5 Horses which include a five horse total "theft in front of the owner "I AM — I got to be Brain Zap by a Laser technician at the Ashland Hospital, the the Two and no Blood but more Battery

Policemen that Drive judge Pianka with a written order to say Notes of my Brain and so I death of Beat in and the law Hospital get me in other Ambulance and Drove me to Akron Hospital in ohio to receive when I ask for Blood and I got 3 pints of Blood. I Sue the Hospital in Federal court in Washington D.C. Pelyman court, and again judge kesler also pooled to herself the 3 cases filed into the Federal Pelyman case court and managed none Jury as I Requsted in due Form, I simdly Disguted run for office President in Woshyton D.C.

I Also forget me only that I was attacked and baseball Hit while walking to visite one of my Horse I ride every day "Lucky" into the circumscription and I was Held unconcious and rape into the Ambulance as it took 3 Hours to take me to a Lakewood Hospital I did Not wanted ambulance let the Conspiracy Keep on Doing which the Hospital was only 5 minuts away — Harassement by West Virginia, District of Columbia, Virginia Now I am a Hijached Victim of a poan game of cons

I am Not a resident of Florida, I am not a citizen of Florida. My center is Washington D.C.

Name: Jean chebib
Street Address: PO B 1730
City State Zip Code: Washinton DC 20013
Telephone Number: [signature]